**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LEHIGH ACRES LOT OWNERS
ASSOCIATION, INC., individually
and on behalf of all others similarly
situated,

          Plaintiffs,

v.                                          Case No. 6:16-cv-933-Orl-37GJK

THINK SIMPLICITY, INC.; and
ALEXANDER PEROVICH,

          Defendants.
_____

**SHOW CAUSE ORDER**

        This Telephone Consumer Protection Act class action case is before the Court on the parties' Notice of Settlement (Doc. 22), filed on November 15, 2016.

        In their Notice, the parties represented that they would "promptly file a Joint Motion for Preliminary Approval of Class Action Settlement and other related documents" ("**Joint Motion**"). (*Id.*) To date, the parties have not filed a Joint Motion. This failure runs afoul of Federal Rule of Civil Procedure 41(b) and Local Rule 3.10(a), which requires diligent prosecution of actions pending before this Court. Accordingly, a show cause order is due to be entered.

**CONCLUSION**

        Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1)    On or before **Monday**, **January 17, 2017**, the parties are **DIRECTED** to either:

        a.    file a Joint Motion for Preliminary Approval of Class Action Settlement and other related documents; or

    b.  by written response, show cause why they cannot comply with the requirements of this Order.

(2) If the parties choose to show cause, then they also must jointly propose procedures and deadlines for review of their class action settlement.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 19, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record